UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 17 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS



| | |
|---|---|
| PIERCE COUNTY REPUBLICAN PARTY, an unincorporated association, | No. 25-7707 |
| Plaintiff - Appellee, | D.C. No. 3:25-cv-05251-BHS Western District of Washington, Tacoma |
| v. | ORDER |
| ERIC EUGENE CROWL, | |
| Defendant - Appellant, | |
| and | |
| WASHINGTON47 PAC, a nonprofit corporation, | |
| Defendant. | |

Before: SCHROEDER and COLLINS, Circuit Judges.

The motion (Docket Entry No. 3) to dismiss this appeal for lack of jurisdiction is denied without prejudice to renewing the arguments in the answering brief. *See Nat'l Indus. v. Republic Nat'l Life Ins. Co.*, 677 F.2d 1258, 1262 (9th Cir. 1982) (merits panel may consider appellate jurisdiction despite earlier denial of motion to dismiss).

The motion (Docket Entry No. 7) to stay underlying proceedings is denied as unnecessary.

The clerk will file the opening brief submitted on February 23, 2026. The answering brief is due September 4, 2026. The optional pro se reply brief is due 21 days after the answering brief is served.

Appellant is not required to submit excerpts of record. If appellant does not submit excerpts, appellee must submit all documents cited in the pro se opening brief or otherwise required by the rules. *See* 9th Cir. R. 30-1.